# Court of Appeals
# of the State of Georgia

ATLANTA, August 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0496. IN THE INTEREST OF: D. S., T. D., C. S., CHILDREN (MOTHER).**

On June 12, 2014, the juvenile court entered an order terminating the parental rights of the mother of D. S., T. D., and C. S. The mother filed a motion for new trial, which the trial court denied on November 26, 2014. The mother's counsel filed a direct appeal to this Court from that order, which we dismissed for failure to follow discretionary appeal procedures. See Case No. A15A1039, dismissed February 17, 2015. On July 10, 2015, the mother filed an application for discretionary appeal from the trial court's order denying her motion for new trial. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012). The mother's application is filed 198 days after the order she seeks to appeal. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] The mother has a pending motion for out of time appeal in the juvenile court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___08/10/2015___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*